# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2017

*The Court of Appeals hereby passes the following order:*

## A18D0136.   DEBORAH SIMMS v. MARK BUTLER, COMMISSIONER, GEORGIA DEPARTMENT OF LABOR et al.

Deborah Simms filed a petition in the superior court seeking judicial review of an administrative ruling of the Department of Labor Board of Review (the "Board") that found Simms ineligible for the receipt of unemployment benefits. On June 26, 2017, the superior court affirmed the Board's decision. Simms[1] filed this pro se application for discretionary appeal on October 10, 2017. We, however, lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the judgment sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); see also *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016) (filing deadline for discretionary applications "is jurisdictional, and this court is unable to accept an untimely application").  Because Simms filed this application 106 days after entry of the judgment she seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, this application is hereby DISMISSED.

---

[1] On July 3, 2017, Simms initially filed a direct appeal from the superior court's order affirming the Board's decision. We dismissed the appeal, however, because of her failure to comply with the discretionary appeal procedures. See Case No. A18A0185 (decided September 27, 2017); *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000) (under OCGA § 5-6-35 (a) (1), appeals from orders of superior courts reviewing decisions of state administrative agencies must be initiated by filing an application for discretionary review).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__11/01/2017_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*